## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, a Michigan banking corporation,<br>Plaintiff,<br>v.<br>SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants,<br>Defendants. | Case No. 07 CV 50036<br>Judge Zagel<br>Mag. Judge Mahoney |

## MOTION FOR ENTRY OF ORDER OF DEFAULT JUDGMENT
## AND SETTING A DATE FOR PROVE-UP

Plaintiff, FIFTH THIRD BANK, a Michigan banking corporation, by and through its attorneys, McKenna Storer, move for judgment by default against defendants SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, Kenneth N. Betts, Unknown Owners and Non-Record Claimants. In support of this motion, Plaintiff states as follows:

1.  The Complaint in this action was filed on February 23, 2007. Service of the summons and complaint was made on the following defendants on the following days by certified mail, return receipt requested. Copies of the return receipts are attached to this motion as Group Exhibit A:

| | |
|---|---|
| SYCA SYSTEMS, INC. | March 1, 2007 |
| Samuel L. Thomasson | March 3, 2007 |
| Kenneth N. Betts | March 3, 2007[1] |

2.  Service was made on Unknown Owners and Non-Record Claimants by publication in the Prairie Advocate as set forth in the Certificate of Publication, copy attached as Exhibit B.

3.  More than 30 days have elapsed since service on the named defendants and since publication, and no answer or appearance has been filed by or on behalf of any defendant[2].

---

[1] Greencard signed and returned without date. Postmarked in Charlottesville, VA on March 3, 2007

[2] Defendant James E. Merrell file for bankruptcy protection in the bankruptcy Court in the Southern District of Iowa, case No. 07 - 00781 on March 19, 2007.

WHEREFORE, plaintiff requests that judgment by default be entered against SYCA SYSTEMS, INC., Samuel L. Thomasson, and Kenneth N. Betts on all counts of the Complaint, and that the matter be set for prove-up of damages.

By:      /s/ Sara E. Cook, Attorney for Plaintiff

Sara E. Cook
ARDC 03126995
Patricia C.  Kraft
ARDC 6190990
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

SYCA Systems, Inc.
759 W. Commercial St.
Mt. Carroll, IL 61053-9762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Dan E Merell_ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_JAMES E MEDRELL_   _3-1-07_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4181

S Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Samuel M. Thomasson
11620 Dilling St.
Studio City, CA 91604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Samuel M. Thomasson_   _3 Mar 07_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4204

S Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Kenneth L. Betts
2833 Southern Hills Dr.
North Garden, VA 22959

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ken Betts_ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Ken Betts_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4198

m 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Group Exhibit A

# CERTIFICATE OF PUBLICATION
## Acres of Sky Communications, Inc., dba: The Prairie Advocate

Notice of Foreclosure By Publication

Case No. 07 CV 50036

_____

Filed by Acres of Sky Communications,

Incorporated, _____

_____

_____

_____

Clerk.

Subscribed and sworn to me this

_30th_ day of ___March, 2007___

_Elizabeth E. Lang_ _____

Notary Public

"OFFICIAL SEAL"
ELIZABETH A. LANG
Notary Public, State of Illinois
My Commission Expires 9/21/2007

(seal)

STATE OF ILLINOIS. } ss.
County of Carroll,

I, __CRAIG LANG__, do hereby certify that I am the authorized agent of Acres of Sky Communications, Inc., publishers of THE PRAIRIE ADVOCATE, a weekly newspaper regularly published in the City of Lanark, in the County of Carroll and State of Illinois, for more than one year prior to the first publication of the attached notice, and a newspaper of general circulation in the County of Carroll and State of Illinois, and that the affixed notice (or advertisement) has been

published for _3_ successive week(s) in said

newspaper, the first insertion being on the

14th day of _March,_ A.D. 2007 and the

last on the 28th day of _March,_ A.D. 2007

for which I charge _$756.00_.

In Witness Whereof, I have hereunto set my

hand, at Lanark, in said County and State, this

_30th_ day of _March,_ A.D. 2007.

_Craig Lang_ _____

Authorized Agent

**EXHIBIT B**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking corporation,

Plaintiff,

v.

SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants,

Defendants.

Case No. 07 CV 50036
Judge Zagel
Mag. Judge Mahoney

## NOTICE OF FORECLOSURE BY PUBLICATION

The requisite Affidavit for Publication having been filed, notice is hereby given you, SYCA Systems, Inc., Non-Record Claimant, all Non-Record Claimants, and all Unknown Owners, defendants in the above-entitled cause, that the above-entitled mortgage foreclosure action was filed on February 23, 2007 and is now pending.

1. The names of all Plaintiffs and the Case Number are identified above.

2. The Court in which said action was brought is identified above.

3. The name of the titleholders of record is SYCA Systems, Inc.

4. A legal description of the real restate sufficient to identify it with reasonable certainty is as follows:

A PART OF THE SOUTHEAST QUARTER OF SECTION 12, TOWNSHIP 24 NORTH, RANGE 4 EAST OF THE 4th PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS: COMMENCING AT A STEEL PIPE ON THE NORTHERLY RIGHT OF WAY LINE OF THE CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RAILROAD, WHICH IS SOUTH 47° 58' WEST, A DISTANCE OF 300 FEET FROM A STEEL PIPE ON THE SAID NORTHERLY RIGHT OF WAY LINE WHICH LAST DESCRIBED STEEL PIPE IS 387.8 FEET WEST OF THE APOINT WHICH IS 1064.48 FEET NORTH OF THE SOUTHEAST CORNER OF SAID SECTION 12; THENCE NORTH 40° 44' WEST, A DISTANCE OF 558.64 FEET TO A STEEL ROD IN THE GROUND ON THE SOUTHERLY RIGHT OF WAY LINE OF THE OLD STATE ROUTE 64; THENCE NORTH 84° 21' WEST, ON THE SOUTHERLY RIGHT OF WAY LINE OF THE OLD STATE ROUTE 64, A DISTANCE OF 600 FEET TO A STEEL ROD; THENCE SOUTH 24° 52' EAST, A DISTANCE OF 1047.55 FEET TO A STEEL ROD ON THE NORTHERLY RIGHT OF WAY LINE OF CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RAILROAD; THENCE NORTHEASTERLY ON THE NORTHERLY RIGHT OF WAY LINE OF THE CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RAILROAD, A DISTANCE OF 700 FEET TO THE PLACE OF BEGINNING; SITUATED IN THE COUNTY OF CARROLL, STATE OF ILLINOIS.

5. A common address or description of the location of the real estate is as follows:

759 West Commercial Street, Mt. Carroll, Illinois 61053

6. An identification of the Mortgage sought to be foreclosed is as follows:

a. Names of Mortgagor: SYCA Systems, Inc.

b. Name of Mortgagee: Fifth Third Bank

c. Date of Mortgage: December 29, 2004

d. Date of Recording: December 29 2004

e. County Where Recorded: Carroll County, Illinois

f. Recording Document Identification: Record Book 775, pages 342-356, Document No. 485312

NOW, THEREFORE, unless you, SYCA Systems, Inc., Non-Record Claimant, All Non-Record Claimants, and All Unknown Owners, defendants, file your answer to the complaint for foreclosure in this cause or otherwise make your appearance therein, in the United States District Court for the Northern District of Illinois, held in the Western Division, in the City of Rockford, 211 S. Court Street, Rockford, Illinois 61101

Patricia C. Kraft

Sara E. Cook
ARDC 03126995
Patricia C. Kraft
ARDC 6190990
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

3/13/07