## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation,                         )
               Plaintiff,          )
          v.                           )   Case No.  07 CV 50036
                                     )   Judge Zagel
SYCA  SYSTEMS,  INC.,  an  Illinois )   Mag.  Judge Mahoney
corporation, Samuel L. Thomasson, James )
E.  Merrell, Kenneth N. Betts, Unknown )
Owners and Non-Record Claimants,      )
              Defendants.          )

## NOTICE OF MOTION

TO:   No appearances on file.

PLEASE TAKE NOTICE that on Wednesday, May 2, 2007 at 1:30 p.m., I shall appear before the Honorable Magistrate P.  Michael Mahoney in Courtroom 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 S. Court St., Room 2503, Rockford, IL 61101 and shall then and there present Fifth Third Bank's *Motion For Entry of Order of Default and Setting a Date for Prove-up of Judgment*, a copy of which is attached hereto and hereby served upon you.

FIFTH THIRD BANK

By:   /s/ Sara E.  Cook

## CERTIFICATE OF E-FILING

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the U. S. District Court, for the Northern District of Illinois using the CM/CEF e-filing system.

By:   /s/ Sara E.  Cook

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com