# UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, a Michigan banking corporation,<br>    Plaintiff,<br>v.<br><br>SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants,<br>    Defendants. | Case No. 07 CV 50036<br>Hon. Frederick J. Kapala<br>Mag. Judge Mahoney |

## NOTICE OF MOTION

TO: No appearances on file.

PLEASE TAKE NOTICE that on Wednesday, June 27, 2007 at 1:30 p.m., I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 S. Court St., Room 2503, Rockford, IL 61101 and shall then and there present Fifth Third Bank's *Motion For Entry of Order of Default Judgment Pursuant to Magistrate's Report and Recommendation and Requesting a Date for Prove-up*, a copy of which is attached hereto.

FIFTH THIRD BANK

By: /s/ Sara E. Cook

## CERTIFICATE OF E-FILING

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the U. S. District Court, for the Northern District of Illinois using the CM/CEF e-filing system.

By: /s/ Sara E. Cook

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, a Michigan banking corporation,<br>               Plaintiff,<br>v.<br><br>SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants,<br>               Defendants. | Case No. 07 CV 50036<br>Honorable Frederick J. Kapala |

### MOTION FOR ENTRY OF ORDER OF DEFAULT JUDGMENT PURSUANT TO MAGISTRATE'S REPORT AND RECOMMENDATION AND REQUESTING A DATE FOR PROVE-UP

Plaintiff, FIFTH THIRD BANK, a Michigan banking corporation, by and through its attorneys, McKenna Storer, move for entry of judgment by default against defendants SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, Kenneth N. Betts, Unknown Owners and Non-Record Claimants pursuant to the Report and Recommendation of Magistrate Judge Michael P. Mahoney dated May 2, 2007 (copy of Magistrate's Report and Plaintiff's Motion for Default are attached) and request a date for prove up of damages.

WHEREFORE, plaintiff requests that judgment by default be entered against SYCA SYSTEMS, INC., Samuel L. Thomasson, and Kenneth N. Betts on all counts of the Complaint, and that the matter be set for prove-up of damages.

By: /s/ Sara E. Cook, Attorney for Plaintiff

Sara E. Cook
ARDC 03126995
Patricia C. Kraft
ARDC 6190990
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Western Division

Fifth Third Bank
                                        Plaintiff,
v.                                                                Case No.: 3:07−cv−50036
                                                                    Honorable James B. Zagel
Syca Systems Inc, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 2, 2007:

       MINUTE entry before Judge P. Michael Mahoney : It is the Report and Recommendation of the Magistrate Judge that Plaintiff's Motion for entry of default [8] be granted and that a prove−up be set. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Reinhard, pursuant to FRCP 72. Objections need not be presented as stated in LR.5.3. Status hearing held on 5/2/2007. Mailled notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, a Michigan banking corporation, <br>     Plaintiff, <br> v. <br><br> SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants, <br>     Defendants. | Case No. 07 CV 50036 <br> Judge Zagel <br> Mag. Judge Mahoney |

## NOTICE OF MOTION

TO:   No appearances on file.

  PLEASE TAKE NOTICE that on Wednesday, May 2, 2007 at 1:30 p.m., I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 S. Court St., Room 2503, Rockford, IL 61101 and shall then and there present Fifth Third Bank's ***Motion For Entry of Order of Default and Setting a Date for Prove-up of Judgment***, a copy of which is attached hereto and hereby served upon you.

             FIFTH THIRD BANK

             By:   /s/ Sara E. Cook

## CERTIFICATE OF E-FILING

  I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the U. S. District Court, for the Northern District of Illinois using the CM/CEF e-filing system.

             By:   /s/ Sara E. Cook

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, a Michigan banking corporation,<br>                  Plaintiff,<br>v.<br><br>SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, James E. Merrell, Kenneth N. Betts, Unknown Owners and Non-Record Claimants,<br>                  Defendants. | Case No. 07 CV 50036<br>Judge Zagel<br>Mag. Judge Mahoney |

### MOTION FOR ENTRY OF ORDER OF DEFAULT JUDGMENT AND SETTING A DATE FOR PROVE-UP

Plaintiff, FIFTH THIRD BANK, a Michigan banking corporation, by and through its attorneys, McKenna Storer, move for judgment by default against defendants SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, Kenneth N. Betts, Unknown Owners and Non-Record Claimants. In support of this motion, Plaintiff states as follows:

1.    The Complaint in this action was filed on February 23, 2007. Service of the summons and complaint was made on the following defendants on the following days by certified mail, return receipt requested. Copies of the return receipts are attached to this motion as Group Exhibit A:

| | |
|---|---|
| SYCA SYSTEMS, INC. | March 1, 2007 |
| Samuel L. Thomasson | March 3, 2007 |
| Kenneth N. Betts | March 3, 2007[1] |

2.    Service was made on Unknown Owners and Non-Record Claimants by publication in the Prairie Advocate as set forth in the Certificate of Publication, copy attached as Exhibit B.

3.    More than 30 days have elapsed since service on the named defendants and since publication, and no answer or appearance has been filed by or on behalf of any defendant[2].

---

[1] Greencard signed and returned without date. Postmarked in Charlottesville, VA on March 3, 2007

[2] Defendant James E. Merrell file for bankruptcy protection in the bankruptcy Court in the Southern District of Iowa, case No. 07 - 00781 on March 19, 2007.

WHEREFORE, plaintiff requests that judgment by default be entered against SYCA SYSTEMS, INC., Samuel L. Thomasson, and Kenneth N. Betts on all counts of the Complaint, and that the matter be set for prove-up of damages.

By: /s/ Sara E. Cook, Attorney for Plaintiff

Sara E. Cook
ARDC 03126995
Patricia C. Kraft
ARDC 6190990
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

SYCA Systems, Inc.
759 W. Commercial St.
Mt. Carroll, IL 61053-9762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAMES E MERRELL
C. Date of Delivery: 3-1-07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7099 3400 0014 2139 4181

S Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Samuel M. Thomasson
11620 Dilling St.
Studio City, CA 91604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Samuel M. Thomasson
C. Date of Delivery: 3 Mar 07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7099 3400 0014 2139 4204

S Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Kenneth L. Betts
2833 Southern Hills Dr.
North Garden, VA 22959

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kenneth Betts
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7099 3400 0014 2139 4198

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Group Exhibit A

# CERTIFICATE OF PUBLICATION
## Acres of Sky Communications, Inc., dba: The Prairie Advocate

Notice of Foreclosure By Publication
Case No. 07 CV 50036

_____

Filed by Acres of Sky Communications,

Incorporated, _____

_____

_____

_____ Clerk.

Subscribed and sworn to me this

30th day of March, 2007

_____ Notary Public

"OFFICIAL SEAL"
ELIZABETH A. LANG
Notary Public, State of Illinois
My Commission Expires 9/21/2007

(seal)

STATE OF ILLINOIS. } ss.
County of Carroll,

I, __CRAIG LANG__, do hereby certify that I am the authorized agent of Acres of Sky Communications, Inc., publishers of THE PRAIRIE ADVOCATE, a weekly newspaper regularly published in the City of Lanark, in the County of Carroll and State of Illinois, for more than one year prior to the first publication of the attached notice, and a newspaper of general circulation in the County of Carroll and State of Illinois, and that the affixed notice (or advertisement) has been

published for __3__ successive week(s) in said

newspaper, the first insertion being on the

__14th__ day of __March,__ A.D. 2007 and the

last on the __28th__ day of __March,__ A.D. 2007

for which I charge __$756.00__.

In Witness Whereof, I have hereunto set my

hand, at Lanark, in said County and State, this

__30th__ day of __March,__ A.D. 2007.

_____ Authorized Agent

**EXHIBIT B**