## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation,                                              )
               Plaintiff,                    )
        v.                                            )     Case No.  07 CV 50036
                            )     Honorable Frederick J. Kapala
SYCA   SYSTEMS,   INC.,   an   Illinois )
corporation, Samuel L. Thomasson, James )
E. Merrell, Kenneth N. Betts,                   )
                            )
               Defendants.               )

### RENEWED MOTION FOR ENTRY OF ORDER OF DEFAULT JUDGMENT PURSUANT TO MAGISTRATE'S REPORT AND RECOMMENDATION

Plaintiff, FIFTH THIRD BANK, a Michigan banking corporation, by and through its attorneys, McKenna Storer, renews its motion, previously filed on June 21, 2007, for entry of judgment by default against defendants SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, and Kenneth N. Betts[1], pursuant to the Report and Recommendation of Magistrate Judge Michael P. Mahoney dated May 2, 2007 (copy of Magistrate's Report and Plaintiff's Motion for Default are attached as Group Exhibit A.)

The affidavits of James Barker and attorney Sara E. Cook are attached as Exhibits B and C in support of the entry of Default Judgment.

WHEREFORE, Plaintiff requests that judgment by default be entered against SYCA SYSTEMS, INC., Samuel L. Thomasson, and Kenneth N. Betts on all counts of the Complaint.

By:    /s/ Sara E. Cook, Attorney for Plaintiff

Sara E. Cook
ARDC 0312699
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

---

[1]The original motion requested judgment against Unknown Owners and Non-Record Claimants, however these parties have been dismissed from the action.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Western Division

Fifth Third Bank

                                Plaintiff,

v.                                                  Case No.: 3:07−cv−50036
                                                    Honorable James B. Zagel

Syca Systems Inc, et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 2, 2007:

     MINUTE entry before Judge P. Michael Mahoney : It is the Report and
Recommendation of the Magistrate Judge that Plaintiff's Motion for entry of default [8] be
granted and that a prove−up be set. Parties are given ten days from service of this order, as
calculated under Rule 6 to file objections with Judge Reinhard, pursuant to FRCP 72.
Objections need not be presented as stated in LR.5.3. Status hearing held on 5/2/2007.
Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

Group Exhibit A

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation,                         )
                  Plaintiff,           )
                               )
        v.                          )     Case No.  07 CV 50036
                               )     Judge Zagel
SYCA  SYSTEMS,  INC.,  an  Illinois )     Mag.  Judge Mahoney
corporation, Samuel L. Thomasson, James )
E.  Merrell,  Kenneth N.  Betts,  Unknown )
Owners and Non-Record Claimants,      )
                Defendants.       )

### NOTICE OF MOTION

TO:   No appearances on file.

      PLEASE TAKE NOTICE that on Wednesday, May 2, 2007 at 1:30 p.m., I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 S. Court St., Room 2503, Rockford, IL 61101 and shall then and there present Fifth Third Bank's *Motion For Entry of Order of Default and Setting a Date for Prove-up of Judgment*, a copy of which is attached hereto and hereby served upon you.

FIFTH THIRD BANK

By:   /s/ Sara E.  Cook

### CERTIFICATE OF E-FILING

     I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the U. S. District Court, for the Northern District of Illinois using the CM/CEF e-filing system.

By:   /s/ Sara E.  Cook

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation, )
               Plaintiff, )
     v. )          Case No. 07 CV 50036
                    )      Judge Zagel
SYCA SYSTEMS, INC., an Illinois )   Mag. Judge Mahoney
corporation, Samuel L. Thomasson, James )
E. Merrell, Kenneth N. Betts, Unknown )
Owners and Non-Record Claimants, )
          Defendants. )

### MOTION FOR ENTRY OF ORDER OF DEFAULT JUDGMENT
### AND SETTING A DATE FOR PROVE-UP

     Plaintiff, FIFTH THIRD BANK, a Michigan banking corporation, by and through its attorneys, McKenna Storer, move for judgment by default against defendants SYCA SYSTEMS, INC., an Illinois corporation, Samuel L. Thomasson, Kenneth N. Betts, Unknown Owners and Non-Record Claimants. In support of this motion, Plaintiff states as follows:

     1.    The Complaint in this action was filed on February 23, 2007. Service of the summons and complaint was made on the following defendants on the following days by certified mail, return receipt requested. Copies of the return receipts are attached to this motion as Group Exhibit A:

     SYCA SYSTEMS, INC.       March 1, 2007
     Samuel L. Thomasson     March 3, 2007
     Kenneth N. Betts         March 3, 2007[1]

     2.    Service was made on Unknown Owners and Non-Record Claimants by publication in the Prairie Advocate as set forth in the Certificate of Publication, copy attached as Exhibit B.

     3.    More than 30 days have elapsed since service on the named defendants and since publication, and no answer or appearance has been filed by or on behalf of any defendant[2].

---

    [1] Greencard signed and returned without date. Postmarked in Charlottesville, VA on March 3, 2007

    [2] Defendant James E. Merrell file for bankruptcy protection in the bankruptcy Court in the Southern District of Iowa, case No. 07 - 00781 on March 19, 2007.

WHEREFORE, plaintiff requests that judgment by default be entered against SYCA SYSTEMS, INC., Samuel L. Thomasson, and Kenneth N. Betts on all counts of the Complaint, and that the matter be set for prove-up of damages.


By:    /s/ Sara E. Cook, Attorney for Plaintiff

Sara E. Cook
ARDC 03126995
Patricia C.  Kraft
ARDC 6190990
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

SYCA Systems, Inc.
759 W. Commercial St.
Mt. Carroll, IL 61053-9762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4181

S Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Samuel M. Thomasson
11620 Dilling St.
Studio City, CA 91604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Samuel M Thomasson   3 May 07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4204

S Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Kenneth L. Betts
2833 Southern Hills Dr.
North Garden, VA 22959

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7099 3400 0014 2139 4198

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Group Exhibit A

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation, )
                  Plaintiff, )
    v. )        Case No.  07 CV 50036
                             )        Honorable Frederick J. Kapala
SYCA SYSTEMS, INC., an Illinois )
corporation, Samuel L. Thomasson, James )
E. Merrell, Kenneth N. Betts,and The )
United States of America, )
                             )
            Defendants. )

## AFFIDAVIT OF JAMES BARKER
## IN SUPPORT OF ENTRY OF JUDGMENT

James Barker, being first duly sworn upon his oath, states as follows:

1.     I am  Vice President of Fifth Third Bank ("Bank"), and have responsibility for the lending relationship between Bank and Defendants.

2.     I am over 18 years of age and I have personal knowledge of the matters stated herein.

3.     Plaintiff is a corporation incorporated under the laws of Michigan and having its principal place of business in the state of Michigan; Defendants are citizens of states other than Michigan. The amount in controversy, exclusive of interest and costs, exceeds the sum specified by 28 U.S.C. sec. 1332(a)(1).

2.     Plaintiff Fifth Third Bank ("Plaintiff") is a Michigan Banking Corporation with its principal place of business in Grand Rapids, Michigan.

3.     Defendant SYCA Systems, Inc., ("SYCA") is an Illinois corporation with its principal place of business at 759 W. Commercial St., Mt. Carroll, IL 61053.

4.     Defendant Samuel L. Thomasson is an individual guarantor of the SYCA indebtedness to Plaintiff, who resides in the state of California.

5.     Defendant James E. Merrell is an individual guarantor of the SYCA indebtedness to Plaintiff, who resides in the state of Illinois and is a debtor in bankruptcy. No relief is sought against James E.  Merrell.

6.     Defendant Kenneth N. Betts is an individual guarantor of the SYCA indebtedness to Plaintiff, who resides in the state of Virginia.

1

**EXHIBIT B**

**AFFIDAVIT STATEMENTS PERTAINING TO COUNT I:**
**MORTGAGE FORECLOSURE $721,000 MORTGAGE**

7.    Attached as Exhibit "A" to the Complaint is a copy of the Mortgage, and Exhibit "B" is a copy of the Note secured thereby. A copy of the Complaint is attached to this Affidavit.

8.    Information concerning Mortgage:

   a.    Nature of instrument:  Mortgage
   b.    Date of Mortgage:   December 29, 2004
   c.    Name or names of mortgagor or mortgagors:   SYCA Systems, Inc.
   d.    Name of Mortgagee in Mortgage: Fifth Third Bank, a Michigan banking corporation.
   e.    Date and place of recording:    The Mortgage was recorded in the Office of the Recorder of Deeds in Mt.  Carroll County, Illinois on December 29, 2004.
   f.    Identification of recording: Record Book 775, pages 342 - 356 as Document No. 485312
   g.    Interest subject to the Mortgage:  Fee simple.
   h.    Amount of original indebtedness, including subsequent advances made under the mortgage: $721,000.00
   i.    Legal description and common street address of the mortgaged premises:

A part of the Southeast Quarter of Section 12, Township 24 North, Range 4 East of the Fourth Principal Meridian, bounded and described as follows: Commencing at a steel pipe on the Northerly right of way line of the Chicago, Milwaukee, St.  Paul and Pacific Railroad, which is South 47°58' West, a distance of 300 feet from a steel pipe on the said Northerly right of way line which last described steel pipe is 387.8 feet West of a point which is 1064.48 feet North of the Southeast corner of said Section 12; thence North 40°44' West, a distance of 558.64 feet to a steel rod in the ground on the Southerly right of way line of the old State Route 64; thence North 84°21' West, on the Southerly right of way line of the old State Route 64, a distance of 600 feet to a steel rod; thence South 24°52' East, a distance of 1047.55 feet to a steel rod on the Northerly right of way line of Chicago, Milwaukee, St.  Paul and Pacific Railroad; thence Northeasterly on the Northerly right of way line of the Chicago, Milwaukee, St.  Paul and Pacific Railroad, a distance of 700 feet to the place of beginning; situated in the County of Carroll, State of Illinois.

Street Address: 759 W.  Commercial Street, Mt.  Carroll, Illinois 61053.

Permanent Index Number:    05-000-290-00

   j.    Statements as to defaults:   This mortgage secures all indebtedness of the

2

Borrower. Borrower has executed on June 6, 2006 a Forbearance Agreement with Plaintiff wherein Plaintiff agreed not to sue or otherwise commence action on then existing defaults on another loan, the $350,000 Note referenced infra, in exchange for certain promises and payments to be made by Borrower. (See Exhibit C to the Complaint.) Borrower is in default on payments under the Forbearance Agreement. Pursuant to cross default provisions, as of October 23, 2007, the Mortgage is now in arrears as follows:

| | |
|---|---|
| Principal: | $ 678,367.70 |
| Late Charges/Interest | 67,822.06 |
| Taxes | $ 0.00 |
| **Total Arrears:** | $750,482.61 |

With additional per diem interest of $183.72. By reason of said default, Plaintiff has declared the full balance immediately due and payable.

k. Name of present owner of premises: SYCA Systems. Inc.

l. Names of other persons who are joined as Defendants and whose interest in or lien on the mortgaged premises is sought to be terminated:  *NONE.*

m. Name or names of persons claimed to be personally liable for deficiency, if a deficiency judgment is prayed for: SYCA Systems, Inc. and all guarantors: Samuel L. Thomasson, James E. Merrell and Kenneth N. Betts.

n. Capacity in which Plaintiff brings this suit: Fifth Third Bank is the legal owner and holder of the Note and Mortgage herein and is entitled to all sums due thereunder.

o. Facts in support of redemption period, shorter than the longer of: (i) 7 months from the date the mortgagor or if more than one, all the mortgagors (I) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the Court, or (ii) 3 months from the entry of the judgment of foreclosure, if sought (here indicate whether based on the real estate not being residential, abandonment, or real estate value less than 90% of amount owed): The real estate is not residential.

p. Statement that the right of redemption has been waived by all owners of redemption, if applicable: Pursuant to the terms of the Mortgage the mortgagors have waived any right of redemption with respect to the property.

q. Facts in support of request for attorney's fees and of costs and expenses: Pursuant to the terms of the Note and Mortgage, the mortgagors have obliged themselves to pay for the attorneys' fees, court costs, title costs, and other expenses which Plaintiff has been and will be required to expend in the prosecution of this foreclosure.

r. Facts in support of a request for appointment of Mortgagee in

3

            possession or for appointment of receiver, and identity of such receiver, if sought: None known at this time.

s.    Offer to mortgagor in accordance with *Section 15-1402* to accept title to the real estate in satisfaction of all indebtedness and obligations secured by the Mortgage without judicial sale: None at this time.

t.    Facts in support of possession of the premises upon sale confirmation: The Plaintiff or the purchaser at the sale or the holder of the certificate of sale or deed is entitled to possession of the premises after the 30th day after the foreclosure sale is confirmed; that the order confirming the sale shall, pursuant to S*ection 15-1508(b) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. 1987, Ch. 110, Par. 15-1508(b))*, include an award of possession of the real estate as of the date 30 days after the entry of the order; that said order shall further provide, pursuant to *Section 15-701(d) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. 1987, Ch. 110, Par. 15-701(d))*, that the sheriff may execute upon this order and evict you from the real estate without further notice or order of this Court.

## AFFIDAVIT STATEMENTS PERTAINING TO COUNT II:
## BREACH OF $721,000 PROMISSORY NOTE

9.    In or about December, 2004 and thereafter, SYCA Systems, Inc. ("SYCA") applied for and obtained loans and subsequent extensions of credit from Fifth Third Bank.

10.    On or about December 29, 2004 SYCA made, executed and delivered to Fifth Third Bank its promissory note ("Note") for a loan in the principal sum of Seven Hundred Twenty One Thousand Dollars ($721,000.00). A copy of the Note is attached as Exhibit B to the Complaint.

11.    Fifth Third Bank is the owner and holder of the Note.

12.    Under the terms of the Note, SYCA promised to pay Fifth Third Bank the sum of Seven Hundred Twenty One Thousand Dollars ($721,000.00).

13.    SYCA has failed to pay the amounts due Fifth Third Bank as required under the terms of the Note and Forbearance Agreement and is, therefore, in default under their terms.

14.    Fifth Third Bank has made demand upon SYCA for payment of all amounts due it from SYCA pursuant to Exhibit D, attached to the Complaint.

15.    SYCA has failed to pay Fifth Third Bank the amounts so due.

16.    As of October 23, 2007, there was due Fifth Third Bank from SYCA the following sums:

4

a.    The sum of $750,482.61 as and for principal, and per diem interest of $183.72 as it continues to accrue through the date of judgment.

17.    Pursuant to Exhibits A, B, and C, SYCA agreed to pay Fifth Third Bank any and all expenses, including attorneys' fees and costs paid or incurred by the Bank in enforcing the rights of the Bank under the provisions of said Exhibits.

18.    Fifth Third Bank has incurred such expenses, including attorneys' fees and costs, in connection with the collection of this loan, these proceedings and the liquidation of this collateral security.

19.    Therefore, Fifth Third Bank has been damaged by SYCA in the sum of $750,482.61, plus per diem interest of $183.72 through the date of judgment, all attorneys fees, costs of collection and costs of liquidation of collateral, less credit for any sums collected through the liquidation of the collateral.

## AFFIDAVIT STATEMENTS PERTAINING TO COUNT II:
## BREACH OF $350,000 PROMISSORY NOTE.

20.    On or about December 28, 2004 SYCA  made, executed and delivered to Fifth Third Bank its promissory note ("Note") for a loan in the principal sum of Three Hundred Fifty Thousand Dollars ($350,000.00). A copy of the Note is attached as Exhibit E to the Complaint.

21.    Fifth Third Bank is the owner and holder of the Note.

22.    Under the terms of the Note, SYCA promised to pay Fifth Third Bank the sum of Three Hundred Fifty Thousand Dollars ($350,000.00).

23.    SYCA has failed to pay the amounts due Fifth Third Bank as required under the terms of the Note and Forbearance Agreement and is, therefore, in default under their terms.

24.    Fifth Third Bank has made demand upon SYCA for payment of all amounts due it from SYCA pursuant to Exhibit D, attached to the Complaint.

25.    SYCA has failed to pay Fifth Third Bank the amounts so due.

26.    As of October 23, 2007, there was due Fifth Third Bank from SYCA the following sums:

a.    The sum of $389,815.32 as and for principal, and interest as it continues to accrue through the date of judgment.

27.    Pursuant to Exhibits C and E, SYCA agreed to pay Fifth Third Bank any and all expenses, including attorneys' fees and costs paid or incurred by the Bank in enforcing

the rights of the Bank under the provisions of said Exhibits.

28.     Fifth Third Bank has incurred such expenses, including attorneys' fees and costs, in connection with the collection of this loan, these proceedings and the liquidation of this collateral security.

29.     Therefore, Fifth Third Bank has been damaged by SYCA in the sum of $389,815.32, plus per diem interest of $111.78 through the date of judgement, all attorneys fees, costs of collection and costs of liquidation of collateral, less credit for any sums collected through the liquidation of the collateral.

## AFFIDAVIT STATEMENTS PERTAINING TO COUNT V:
## BREACH OF GUARANTY CONTRACT AGAINST SAMUEL L. THOMASSON

30.     On March 15, 2005  Samuel L. Thomasson made, executed and delivered his personal Guaranty of the obligations of SYCA to Fifth Third Bank.  A copy thereof is attached as Exhibit J to the Complaint.

31.     Thomasson's Guaranty was limited in amount to $43,750.00.

32.     SYCA has failed to make payments when due Fifth Third Bank and is in default of its obligations to Fifth Third Bank.

33.     Demand has been made upon Samuel L. Thomasson  to pay the indebtedness due Fifth Third Bank from SYCA pursuant to Exhibit K to the Complaint.

34.     Samuel L. Thomasson has failed to pay Fifth Third Bank any amounts so due.

35.     Pursuant to the terms of Exhibit J, Samuel L. Thomasson agreed to pay all attorneys' fees and costs incurred by Fifth Third Bank in connection with the enforcement of his Guaranty.

36.     As a result of Samuel L. Thomasson's failure to pay Fifth Third Bank, the Plaintiff has incurred additional attorneys' fees and costs of collection.

37.     There is now due Fifth Third Bank from SYCA that sum not less than $1,063,881.40, plus interest through the date of judgment, attorney's fees and costs less credit for any proceeds received through the foreclosure and sale of collateral.

38.     Therefore, Fifth Third Bank has been damaged by Samuel L. Thomasson in the sum of $1,140,297.90, plus interest through the date of judgment, attorney's fees and costs, less credit for any proceeds derived through the sale of collateral.

## AFFIDAVIT STATEMENTS PERTAINING TO COUNT VI:
## BREACH OF GUARANTY CONTRACT AGAINST JAMES E. MERRELL

6

39.     On December 29, 2004, James E. Merrell made, executed and delivered his personal, unlimited and unconditional Guaranty of the obligations of SYCA to Fifth Third Bank. A copy thereof is attached as Exhibit L to the Complaint.

40.     SYCA has failed to make payments when due Fifth Third Bank and is in default of its obligations to Fifth Third Bank.

41.     Demand has been made upon James E. Merrell to pay the indebtedness due Fifth Third Bank from SYCA pursuant to Exhibit M to the Complaint.

42.     James E. Merrell has failed to pay Fifth Third Bank any amounts so due.

43.     Pursuant to the terms of Exhibit L, James E. Merrell agreed to pay all attorneys' fees and costs incurred by Fifth Third Bank in connection with the enforcement of his Guaranty.

44.     As a result of James E. Merrell's failure to pay Fifth Third Bank, the Plaintiff has incurred additional attorneys' fees and costs of collection.

45.     There is now due Fifth Third Bank from SYCA that sum not less than $1,063,881.40, plus interest through the date of judgment, attorney's fees and costs less credit for any proceeds received through the foreclosure and sale of collateral.

46.     Therefore, Fifth Third Bank has been damaged by James E. Merrell in the sum of $ 1,140,297.90, plus additional per diem interest of $295.50 through the date of judgment, attorney's fees and costs, less credit for any proceeds derived through the sale of collateral.

## AFFIDAVIT STATEMENTS PERTAINING TO COUNT VII:
## BREACH OF GUARANTY CONTRACT AGAINST KENNETH N. BETTS.

60.     On December 29, 2004, Kenneth N. Betts made, executed and delivered his personal, unlimited Guaranty of the obligations of SYCA to Fifth Third Bank. A copy thereof is attached as Exhibit N to the Complaint.

61.     SYCA has failed to make payments when due Fifth Third Bank and is in default of its obligations to Fifth Third Bank.

62.     Demand has been made upon Kenneth N. Betts to pay the indebtedness due Fifth Third Bank from SYCA pursuant to Exhibit O to the Complaint.

63.     Kenneth N. Betts has failed to pay Fifth Third Bank any amounts so due.

64.     Pursuant to the terms of Exhibit N, Kenneth N. Betts agreed to pay all attorneys' fees and costs incurred by Fifth Third Bank in connection with the enforcement

of his Guaranty.

65.    As a result of Kenneth N. Betts' failure to pay Fifth Third Bank, the Plaintiff has incurred additional attorneys' fees and costs of collection.

66.    There is now due Fifth Third Bank from SYCA that sum not less than $1,140,297.90 plus per diem interest of $295.50 through the date of judgment, attorney's fees and costs less credit for any proceeds received through the foreclosure and sale of collateral.

67.    Therefore, Fifth Third Bank has been damaged by Kenneth N. Betts in the sum of $ 1,140,297.90, plus per diem interest of $295.50 through the date of judgment, attorney's fees and costs, less credit for any proceeds derived through the sale of collateral.

68.    Further Affiant sayeth naught.

_____
Vice-President, Fifth Third Bank

Subscribed and sworn to before me this _24th_ day of _October_, 2007.

_____
Notary Public

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

"OFFICIAL SEAL"
Jean K. DeWall
Notary Public, State of Illinois
My Commission Expires 03/06/2010

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FIFTH THIRD BANK, a Michigan banking )
corporation, )
                        Plaintiff, )
      v. )
                              )
                              )
SYCA SYSTEMS, INC., an Illinois )
corporation, Samuel L. Thomasson, James )
E. Merrell, Kenneth N. Betts, and The )
United States of America, )
                              )
                   Defendants. )

Case No. 07 CV 50036
Honorable Frederick J. Kapala

## AFFIDAVIT OF SARA E. COOK
## IN SUPPORT OF ENTRY OF JUDGMENT

Sara E. Cook, being first duly sworn upon her oath, states as follows:

1.     I am a partner with the law firm of McKenna Storer, counsel for Plaintiff, Fifth Third Bank in this case.

2.     I am over 18 years of age and I have personal knowledge of the matters stated herein.

3.     I have practiced in the areas of general practice, banking law and commercial real estate for 26 years, and have sufficient experience in the relevant areas to efficiently handle this matter and supervise the other attorney and paralegal assisting with the file.

4.     Patricia C. Kraft is an associate in this law firm who has at least 15 years of experience in the relevant areas of practice.

5.     The collection efforts associated with this matter include the initial opinion about the cause of action, the efforts to work out the debt, the preparation of a forbearance agreement and prosecution of the forbearance agreement. Attached is a summary of the time spent by the attorneys, and paralegal Laurel Palma, in connection with the loan workout efforts and commercial foreclosure procedure. (Exhibit A.)The amounts of time

**EXHIBIT C**

spent on the matters described in the attachment are reasonable and the hourly rates are reasonable and customary for the work performed.

6.    The amount of attorneys fees spent in connection with the workout attempt and foreclosure is $23,675.50 plus costs of $918.57 as of October 20, 2007, plus time to be spent in the sale and confirmation process.

7.    The fees charged are charged according to our usual and customary rates and are reasonable fees given the complexity and range of activities involved.

8.    Further Affiant sayeth naught.

_____
Sara E. Cook
Partner, McKenna Storer

Subscribed and sworn to before me this 25 day of October, 2007.

_____
Notary Public

"OFFICIAL SEAL"
PATRICIA C. KRAFT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/23/2011

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

2

**Exhibit A to**

**AFFIDAVIT OF SARA E. COOK**
**IN SUPPORT OF ENTRY OF JUDGMENT**

**Summary of Costs, Time and Attorneys Fees**

| | | | |
|---|---|---|---|
| Sara E. Cook | Attorney | 64.00 hours at $226.16 per hour | $14,474.50 |
| Patricia C. Kraft | Attorney | 48.50 hours at $190.00 per hour | $ 8,683.00 |
| Laurel M. Palma | Paralegal | 6.9 hours at $70.00 per hour | $   518.00 |
| | Total Fees | | $23,675.50 |

Costs:

| | |
|---|---|
| file Complaint | $350.00 |
| Issuance of summonses | $ 37.00 |
| Messenger | $267.14 |
| Other Professional  -title | $225.00 |
| Travel | $ 37.83 |
| Duplication | $   1.60 |
| Total Costs | $918.57 |

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

---

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

---

```
FIFTH THIRD BANK                        AUGUST 15, 2006
ATTN:  JIM BARKER
P.O. BOX 297                            INVOICE NO.: 135277
FREEPORT, IL  61032                     FILE NO.: 66215.55459


              DUE 21 DAYS FROM DATE OF INVOICE
              ---------------------------------


      MATTER:   SYCA SYSTEMS, INC.
      REF:      905173225


  FOR PROFESSIONAL SERVICES RENDERED THRU 07/24/06   $ 4,118.50
                                                      -------------
                                         TOTAL        $ 4,118.50


                    ITEMIZED SERVICES BILL

  DATE   ATTY                   DESCRIPTION                HOURS
 ------- ----  ------------------------------------------- -------
05/26/06 PCK   EXAMINE LOAN FILE.                            1.10

05/31/06 PCK   CONTINUE REVIEW OF LOAN DOCUMENTS; MEMO TO FILE  .60
               RE SAME.

06/02/06 SEC   REVIEW FILE DOCUMENTS FOR OPINION LETTER.        .90

06/05/06 LMP1  ORDER UCC SEARCHES THROUGH CSC.                  .30

06/07/06 SEC   WORK ON OPINION LETTER.                         3.40

06/08/06 SEC   REVIEW SBA COMPLIANCE; COMPLETE OPINION LETTER. 3.60

06/08/06 PCK   LEGAL RESEARCH RE NOTICE OF DEFAULT TO SBA.     1.20

06/15/06 SEC   REVIEW UCC RESULTS.                              .40

06/15/06 LMP1  PREPARE SUMMARY OF SEARCHES FOR SYCA SYSTEMS,    .50
               INC.

06/19/06 SEC   REVIEW EMAILS FROM CLIENT AND RESPOND; BEGIN   1.80
               WORK ON FORBEARANCE ISSUES.
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

**McKENNA STORER**
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
**PH: (312) 558-3900    FAX: (312) 558-8348**

postmaster@mckenna-law.com

FED I.D. No. 36-2447444

---

OLD KENT BANK
FILE NUMBER: 66215.55459
INVOICE NO.: 135277

August 15, 2006     PAGE   2

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/23/06 | SEC | EMAIL CLIENT RE TAX LIEN SEARCHES; REVIEW SEARCH RESULTS. | .80 |
| 06/26/06 | PCK | LEGAL RESEARCH RE SBA REQUIREMENTS FOR FORBEARANCE. | .60 |
| 06/27/06 | SEC | WORK ON FORBEARANCE AND SBA ISSUES. | 2.90 |
| 06/29/06 | SEC | FINALIZE FOREBEARANCE. | 1.20 |
| 07/05/06 | SEC | REVIEW EMAIL FROM CLIENT. | .10 |

TOTAL FOR SERVICES:     19.40

| | ATTORNEY | STATUS | HOURS | RATE | AMOUNT |
|---|----------|--------|-------|------|--------|
| SEC | SARA E. COOK | PARTNER | 15.10 | $ 225.00 | 3,397.50 |
| PCK | PATRICIA C. KRAFT | ASSOCIATE | 3.50 | $ 190.00 | 665.00 |
| LMP1 | LAUREL M. PALMA | PARALEGAL | .80 | $ 70.00 | 56.00 |
| | | TOTAL | 19.40 | | 4,118.50 |

TOTAL THIS STATEMENT:     $ 4,118.50

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com

FED I.D. No. 36-2447444

```
FIFTH THIRD BANK                    SEPTEMBER 7, 2006
ATTN:  JIM BARKER
P.O. BOX 297                        INVOICE NO.: 135433
FREEPORT, IL  61032                 FILE NO.: 66215.55459


        DUE 21 DAYS FROM DATE OF INVOICE
        --------------------------------


   MATTER:    SYCA SYSTEMS, INC.
   REF:       905173225


FOR PROFESSIONAL SERVICES RENDERED THRU 08/24/06     $   472.50
                                                     -------------
                                  TOTAL              $   472.50
```

```
                       ITEMIZED SERVICES BILL

 DATE    ATTY              DESCRIPTION                    HOURS
-------- ----  ----------------------------------------  -------
08/02/06 SEC   TELEPHONE CONFERENCE WITH JIM BARKER.        .20

08/03/06 SEC   REVIEW ADDENDUM, TELEPHONE CONFERENCE WITH JIM   .70
               BARKER RE SAME.

08/07/06 SEC   TELEPHONE CONFERENCE WITH SAM THOMASSON,      1.20
               TELEPHONE CONFERENCE WITH JIM BARKER.

                      TOTAL FOR SERVICES:                   2.10
```

```
        ATTORNEY         STATUS      HOURS    RATE      AMOUNT
--------------------  -------------  -------  --------  -------------
SEC  SARA E. COOK       PARTNER       2.10  $ 225.00     472.50
                                     -------           -------------
                  TOTAL               2.10               472.50


                                              -------------
                 TOTAL THIS STATEMENT:        $   472.50
                                              =============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

**McKENNA STORER**

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
**PH: (312) 558-3900    FAX: (312) 558-8348**

postmaster@mckenna-law.com                                                                 **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                          FEBRUARY 6, 2007
ATTN:  JIM BARKER
P.O. BOX 297                              INVOICE NO.: 137674
FREEPORT, IL  61032                       FILE NO.: 66215.55459


          DUE 21 DAYS FROM DATE OF INVOICE
          --------------------------------


    MATTER:    SYCA SYSTEMS, INC.
    REF:       905173225


 FOR PROFESSIONAL SERVICES RENDERED THRU 01/25/07      $  2,622.00
                 DISBURSEMENTS THRU 01/25/07           $    116.77
                                                       -------------
                                    TOTAL              $  2,738.77


                    ITEMIZED SERVICES BILL

  DATE   ATTY              DESCRIPTION                    HOURS
-------- ----  ---------------------------------------   -------
12/20/06 SEC   BEGIN REVIEW RE DEFAULT.                    .30

12/21/06 SEC   TELEPHONE CONFERENCE WITH JIM BARKER.       .30

12/26/06 SEC   REVIEW DEFAULT NUMBERS.                     .20

12/27/06 SEC   WORK ON DEMANDS.                            .30

12/27/06 PCK   EXAMINE DEFAULT PROVISIONS OF NOTES; EMAIL SBA   2.50
               RE APPROVAL OF ACCELERATION; BEGIN DRAFTING
               DEMAND LETTER.

12/28/06 SEC   DOUBLE CHECK SBA ISSUES, FOLLOW UP ON       .60
               ADDRESSES.

12/28/06 PCK   CONTINUE PREPARATION OF DEMAND LETTERS;     .90
               TELEPHONE CONFERENCE WITH SBA OFFICE RE
               PROCEDURE FOR LIQUIDATION.

12/29/06 SEC   FINALIZE DEMANDS.                          1.20

01/03/07 SEC   TELEPHONE CONFERENCE WITH CLIENT RE DEMANDS.  .20
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                    **FED I.D. No. 36-2447444**

```
OLD KENT BANK                          February 6, 2007   PAGE   2
FILE NUMBER: 66215.55459
INVOICE NO.: 137674
```

| | | | |
|---|---|---|---|
| 01/16/07 | SEC | ORDER FORECLOSURE MINUTES, REVIEW FILE FOR FORECLOSURE ISSUES AND SBA ISSUES. | 1.80 |
| 01/16/07 | PCK | EXAMINE FILE RE MORTGAGE DOCUMENT; LEGAL RESEARCH RE PREFERRED LENDER REQUIREMENTS FOR LIQUIDATION. | 1.10 |
| 01/16/07 | LMP1 | TELEPHONE CONFERENCE WITH CLAS RE MINUTES OF FORECLOSURE; ORDER SAME FROM CHICAGO TITLE. | .20 |
| 01/16/07 | LMP1 | RESEARCH ALTERNATE ADDRESS FOR SAM THOMASSON. | .30 |
| 01/18/07 | SEC | FOLLOW UP ON GUARANTY FOR CLIENT. | .50 |
| 01/18/07 | PCK | REVIEW SBA GUARANTY AGREEMENT. | 1.30 |
| 01/22/07 | SEC | REVIEW PROPOSAL BY BORROWER; TELEPHONE CONFERENCE WITH CLIENT RE SAME. | 1.20 |

```
                     TOTAL FOR SERVICES:                12.90
```

| ATTORNEY | | STATUS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEC | SARA E. COOK | PARTNER | 6.60 | $ 225.00 | 1,485.00 |
| PCK | PATRICIA C. KRAFT | ASSOCIATE | 5.80 | $ 190.00 | 1,102.00 |
| LMP1 | LAUREL M. PALMA | PARALEGAL | .50 | $ 70.00 | 35.00 |
| | TOTAL | | 12.90 | | 2,622.00 |

DISBURSEMENTS:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29/06 | DUPLICATION 8 PHOTOCOPIES | 1.60 |
| 12/29/06 | MESSENGER - VENDOR: FEDERAL EXPRESS DEL TO MR. JAMES MERRELL, BETTENDORF, IA | 27.58 |
| 12/29/06 | MESSENGER - VENDOR: FEDERAL EXPRESS 2 DEL: TO SYCA SYSTEMS, MT. CARROLL, IL & KENNETH BETTA, NO. GARDEN, VA | 52.10 |
| 12/29/06 | MESSENGER - VENDOR: FEDERAL EXPRESS DEL TO SAMUEL THOMASSON, STUDIO CITY, CA | 35.49 |

```
                     TOTAL DISBURSEMENTS:       $   116.77
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com

FED I.D. No. 36-2447444

```
OLD KENT BANK                          February 6, 2007    PAGE    3
FILE NUMBER: 66215.55459
INVOICE NO.: 137674


                                           -------------
                  TOTAL THIS STATEMENT:      $  2,738.77
                                           =============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                              **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                    MARCH 1, 2007
ATTN:  JIM BARKER
P.O. BOX 297                        INVOICE NO.: 137858
FREEPORT, IL  61032                 FILE NO.: 66215.55459


        DUE 21 DAYS FROM DATE OF INVOICE
        --------------------------------


   MATTER:    SYCA SYSTEMS, INC.
   REF:       905173225


FOR PROFESSIONAL SERVICES RENDERED THRU 02/21/07    $  2,222.50
                                                     -------------
                              TOTAL                 $  2,222.50


                ITEMIZED SERVICES BILL
```

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/30/07 | PCK | EXAMINE MINUTES OF FORECLOSURE; BEGIN DRAFTING FORECLOSURE COMPLAINT. | .40 |
| 02/01/07 | PCK | CONTINUE PREPARATION OF FORECLOSURE COMPLAINT; VERITIFY ALL EXHIBITS. | 3.70 |
| 02/05/07 | SEC | WORK ON FORECLOSURE ISSUES. | .90 |
| 02/05/07 | PCK | CONTINUE PREPARATION OF FORECLOSURE COMPLAINT. | 2.20 |
| 02/07/07 | SEC | WORK ON COLLECTION ISSUES AND COMPLAINT. | 1.20 |
| 02/09/07 | SEC | TELEPHONE CONFERENCE WITH CLIENT. | .20 |
| 02/12/07 | SEC | REVIEW COLLATERAL DOCUMENTS RE ACCOUNTS. | .40 |
| 02/12/07 | PCK | CONTINUE PREPARATION OF FORECLOSURE COMPLAINT. | 2.20 |
| | | TOTAL FOR SERVICES: | 11.20 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
**PH: (312) 558-3900     FAX: (312) 558-8348**

postmaster@mckenna-law.com                                              **FED I.D. No. 36-2447444**

OLD KENT BANK                               March 1, 2007        PAGE    2
FILE NUMBER: 66215.55459
INVOICE NO.: 137858

|     | ATTORNEY | STATUS | HOURS | RATE | AMOUNT |
|-----|----------|--------|-------|------|--------|
| SEC | SARA E. COOK | PARTNER | 2.70 | $ 225.00 | 607.50 |
| PCK | PATRICIA C. KRAFT | ASSOCIATE | 8.50 | $ 190.00 | 1,615.00 |
|     |          | TOTAL | 11.20 |      | 2,222.50 |

TOTAL THIS STATEMENT:        $  2,222.50

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                        APRIL 2, 2007
ATTN:  JIM BARKER
P.O. BOX 297                            INVOICE NO.: 138040
FREEPORT, IL  61032                     FILE NO.: 66215.55459


           DUE 21 DAYS FROM DATE OF INVOICE
           --------------------------------


      MATTER:    SYCA SYSTEMS, INC.
      REF:       905173225


   FOR PROFESSIONAL SERVICES RENDERED THRU 03/23/07     $ 1,771.50
                    DISBURSEMENTS THRU 03/23/07          $   350.00
                                                         -------------
                              TOTAL           $  2,121.50
```

```
                     ITEMIZED SERVICES BILL

  DATE   ATTY                 DESCRIPTION                     HOURS
-------- ----  --------------------------------------------- -------
02/21/07 SEC   WORK ON FORECLOSURE COMPLAINT AND RELATED       3.20
               ISSUES OF DEFAULT; FOLLOW UP WITH CLIENT RE
               STATUS AND NUMBERS.

02/22/07 SEC   WORK ON DEFAULT LANGUAGE.                        .60

02/22/07 PCK   CONTINUE PREPARATION OF FORECLOSURE COMPLAINT.  3.00

03/05/07 PCK   DRAFT PUBLICATION AND LIS PENDENS FORMS.         .30

03/07/07 SEC   REVIEW COURT ORDER RE STATUS; FOLLOW UP ON       .60
               PUBLISHING.

03/08/07 LMP1  CORRESPONDENCE TO RECORDER WITH LIS PENDENS;     .20
               TELEPHONE CONFERENCE WITH CLERK RE FORM
               PUBLICATION NOTICE.

03/12/07 LMP1  TELEPHONE CONFERENCE WITH CLERK RE PUBLICATION   .50
               NOTICE; CORRESPONDENCE TO NEWSPAPER RE SAME;
               TELEPHONE CONFERENCE WITH LIZ AT NEWSPAPER 2X
               RE NOTICE OF FORECLOSURE.

03/14/07 SEC   FOLLOW UP ON SERVICE.                            .30
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com

FED I.D. No. 36-2447444

---

```
OLD KENT BANK                        April 2, 2007      PAGE    2
FILE NUMBER: 66215.55459
INVOICE NO.: 138040


03/19/07 PCK    REVIEW MAGISTRATE'S WEBSITE FOR HEARING              .20
                REQUIREMENTS.

                    TOTAL FOR SERVICES:                            8.90
```

| | ATTORNEY | STATUS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEC | SARA E. COOK | PARTNER | 4.70 | $ 225.00 | 1,057.50 |
| PCK | PATRICIA C. KRAFT | ASSOCIATE | 3.50 | $ 190.00 | 665.00 |
| LMP1 | LAUREL M. PALMA | PARALEGAL | .70 | $ 70.00 | 49.00 |
| | | TOTAL | 8.90 | | 1,771.50 |

DISBURSEMENTS:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23/07 | COMPLAINT - VENDOR: CLERK OF THE U.S. DIST. COURT FILE NEW COMPLAINT | 350.00 |

```
                    TOTAL DISBURSEMENTS:          $    350.00

                    TOTAL THIS STATEMENT:         $  2,121.50
                                                  =============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com

**FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                     MAY 4, 2007
ATTN:  JIM BARKER
P.O. BOX 297                         INVOICE NO.: 138769
FREEPORT, IL  61032                  FILE NO.: 66215.55459


          DUE 21 DAYS FROM DATE OF INVOICE
          --------------------------------


     MATTER:   SYCA SYSTEMS, INC.
     REF:      905173225


   FOR PROFESSIONAL SERVICES RENDERED THRU 04/23/07    $  2,332.00
                DISBURSEMENTS THRU 04/23/07            $    299.83
                                                       -------------
                                    TOTAL              $  2,631.83
```

### ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/21/07 | PCK | COURT APPEARANCE RE INITIAL STATUS HEARING. | 2.60 |
| 03/26/07 | SEC | EMAIL TO CLIENT RE DEFICIENCY. | .30 |
| 03/28/07 | PCK | LEGAL RESEARCH RE DEFICIENCY JUDGMENT IN SETTLEMENT OF FORECLOSURE WITH DEED IN LIEU OF FORECLOSURE. | 1.00 |
| 04/01/07 | PCK | DRAFT FORECLOSURE SETTLEMENT AGREEMENT. | 1.80 |
| 04/02/07 | SEC | WORK ON AGREEMENT FOR SURRENDER OF PROPERTY; TELEPHONE CONFERENCE WITH CLIENT 2X; DRAFT AGREEMENT. | 3.90 |
| 04/02/07 | PCK | CONTINUE PREPARATION OF SETTLEMENT AGREEMENT; CORRESPONDENCE TO JAMES MERRELL RE ACKNOWLEDGEMENT OF PERSONAL SERVICE; EXAMINE FILE RE ENVIRONMENTAL STUDY. | 1.60 |
| 04/04/07 | PCK | CONTINUE PREPARATION OF CORRESPONDENCE TO JAMES MERRELL RE ACCEPTING SERVICE. | .30 |

```
                         TOTAL FOR SERVICES:           11.50
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

---

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

---

```
OLD KENT BANK                        May 4, 2007          PAGE    2
FILE NUMBER: 66215.55459
INVOICE NO.: 138769
```

| | ATTORNEY | STATUS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEC | SARA E. COOK | PARTNER | 4.20 | $ 225.00 | 945.00 |
| PCK | PATRICIA C. KRAFT | ASSOCIATE | 7.30 | $ 190.00 | 1,387.00 |
| | | TOTAL | 11.50 | | 2,332.00 |

DISBURSEMENTS:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/18/07 | OTHER PROFESSIONAL - VENDOR: H.B. WILKINSON TITLE COMPANY REPORT OF PROPERTY AT 759 W. COMMERCIAL ST., MT. CARROLL, IL | 225.00 |
| 03/08/07 | COURT FILING FEES - VENDOR: CARROLL COUNTY RECORDER RECORD LIS PENDENS. | 37.00 |
| 03/21/07 | TRAVEL - VENDOR: PATRICIA C. KRAFT RE MILEAGE TO ROCKFORD (78MI @ 48.5) | 37.83 |

```
                        TOTAL DISBURSEMENTS:        $    299.83

                        TOTAL THIS STATEMENT:       $  2,631.83
                                                    ============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                    JUNE 1, 2007
ATTN:  JIM BARKER
P.O. BOX 297                        INVOICE NO.: 138843
FREEPORT, IL  61032                 FILE NO.: 66215.55459


            DUE 21 DAYS FROM DATE OF INVOICE
            --------------------------------


    MATTER:    SYCA SYSTEMS, INC.
    REF:       905173225


    FOR PROFESSIONAL SERVICES RENDERED THRU 05/24/07    $  1,592.00
                 DISBURSEMENTS THRU 05/24/07            $     15.95
                                                        -------------
                                       TOTAL            $  1,607.95
```

## ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/26/07 | SEC | FOLLOW UP ON DEFAULT, TELEPHONE CONFERENCE WITH CLIENT. | .40 |
| 04/27/07 | LMP1 | LOCATE JAMES MERRELL BANKRUPTCY IN S.D. IOWA VIA PACER; PRINT RELEVANT DOCUMENTS. | .30 |
| 04/30/07 | SEC | FINALIZE DEFAULT MOTION. | 1.00 |
| 04/30/07 | PCK | DRAFT MOTION FOR ENTRY OF DEFAULT ORDER; TELEPHONE CONFERENCE WITH CLIENT RE FEDERAL TAX LIEN. | 1.00 |
| 05/02/07 | SEC | COURT APPEARANCE RE STATUS. | 3.00 |
| 05/03/07 | SEC | EMAIL TO CLIENT. | .20 |
| 05/08/07 | SEC | EMAIL TO CLIENT RE DEFAULT. | .20 |
| 05/16/07 | PCK | EXAMINE ENVIRONMENT REPORT. | .40 |
| 05/22/07 | SEC | REVIEW ENVIRONMENTAL CONCERNS. | 1.00 |

```
                    TOTAL FOR SERVICES:               7.50
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com                                FED I.D. No. 36-2447444

```
OLD KENT BANK                      June 1, 2007        PAGE   2
FILE NUMBER: 66215.55459
INVOICE NO.: 138843
```

```
        ATTORNEY          STATUS      HOURS     RATE      AMOUNT
    ------------------  ------------  -------  --------  --------------
SEC  SARA E. COOK       PARTNER        5.80   $ 225.00     1,305.00
PCK  PATRICIA C. KRAFT  ASSOCIATE      1.40   $ 190.00       266.00
LMP1 LAUREL M. PALMA    PARALEGAL       .30   $  70.00        21.00
                                      -------           --------------
               TOTAL                   7.50               1,592.00
```

DISBURSEMENTS:

```
DATE                  DESCRIPTION                   AMOUNT
--------  --------------------------------------- --------
04/30/07  MESSENGER - VENDOR: FEDERAL EXPRESS DEL TO U.S.   15.95
          DISTRICT CT, ROCKFORD, IL
                                                  ----------
                  TOTAL DISBURSEMENTS:         $     15.95
                                                  -------------
                  TOTAL THIS STATEMENT:        $  1,607.95
                                                  =============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                          JULY 6, 2007
ATTN:  JIM BARKER
P.O. BOX 297                              INVOICE NO.: 139049
FREEPORT, IL  61032                       FILE NO.: 66215.55459


              DUE 21 DAYS FROM DATE OF INVOICE
              --------------------------------


     MATTER:   SYCA SYSTEMS, INC.
     REF:      905173225


  FOR PROFESSIONAL SERVICES RENDERED THRU 06/22/07    $  2,194.00
                                                      -------------
                                    TOTAL             $  2,194.00
```

## ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/23/07 | SEC | REVIEW ENVIRONMENTAL SUMMARY. | .40 |
| 05/25/07 | PCK | EXAMINE ENVIRONMENTAL SITE ASSESSMENT; LEGAL RESEARCH RE SAME; MEMO TO FILE RE SAME. | 4.20 |
| 06/01/07 | SEC | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH JIM BARKER RE ENVIRONMENTAL REPORT. | .70 |
| 06/01/07 | PCK | EXAMINE ENVIRONMENTAL AUDI; TELEPHONE CONFERENCE WITH CLIENT RE SAME. | .50 |
| 06/05/07 | SEC | SET UP CONFERENCE WITH ENVIRONMENTAL CONSULTANT. | .40 |
| 06/05/07 | PCK | LEGAL RESEARCH RE ENVIRONMENTAL LIABILITY IN FORECLOSURE. | .80 |
| 06/06/07 | SEC | PREPARE FOR AND ATTEND CONFERENCE CALL WITH CLIENT AND ENVIRONMENTAL CONSULTANT. | 2.10 |
| 06/06/07 | PCK | LEGAL RESEARCH RE LENDER ENVIRONMENTAL LIABILITY IN FEDERAL AND STATE; MEET WITH CLIENT AND ENVIRONMENTAL FIRM RE SAME. | 1.00 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                    FED I.D. No. 36-2447444

```
OLD KENT BANK                          July 6, 2007        PAGE    2
FILE NUMBER: 66215.55459
INVOICE NO.: 139049

06/08/07 SEC    REVIEW APPRAISAL NUMBERS.                          .40

06/19/07 SEC    FOLLOW UP ON STATUS OF HEARING.                   .20

06/22/07 LMP1   DRAFT PROOF OF CLAIM RE JAMES MERRELL.            .20

                TOTAL FOR SERVICES:                             10.90


        ATTORNEY            STATUS        HOURS      RATE       AMOUNT
------------------------- --------------- ------- -------- ---------------
SEC  SARA E. COOK          PARTNER         4.20  $ 225.00        945.00
PCK  PATRICIA C. KRAFT     ASSOCIATE       6.50  $ 190.00      1,235.00
LMP1 LAUREL M. PALMA       PARALEGAL        .20  $  70.00         14.00
                                          ------           ---------------
               TOTAL                      10.90                2,194.00


                TOTAL THIS STATEMENT:            $  2,194.00
                                                ==============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com                                        **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                      AUGUST 9, 2007
ATTN: JIM BARKER
P.O. BOX 297                          INVOICE NO.: 139446
FREEPORT, IL 61032                    FILE NO.: 66215.55459


            DUE 21 DAYS FROM DATE OF INVOICE
            ---------------------------------


    MATTER:   SYCA SYSTEMS, INC.
    REF:      905173225


  FOR PROFESSIONAL SERVICES RENDERED THRU 07/26/07   $  1,915.00
                    DISBURSEMENTS THRU 07/26/07       $    982.74
                                                      -------------
                              TOTAL                   $  2,897.74



                    ITEMIZED SERVICES BILL
```

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/21/07 | SEC | REVIEW BANKRUPTCY; FOLLOW UP ON NON-DISCHARGEABILITY ACTIONS, NONE TO BE FILED. | 1.00 |
| 06/21/07 | PCK | DRAFT MOTION FOR ENTRY OF DEFAULT ORDER. | .50 |
| 06/26/07 | LMP1 | TELEPHONE CONFERENCE WITH JUDGE MAHONEY'S CHAMBERS RE ENTRY OF DEFAULT ORDER. | .20 |
| 06/27/07 | SEC | COURT APPEARANCE RE SETTING HEARING. | 2.70 |
| 07/02/07 | PCK | DRAFT AMENDED COMPLAINT. | .30 |
| 07/03/07 | SEC | WORK ON PROVE UP ISSUES. | .70 |
| 07/05/07 | PCK | DRAFT PROVE UP AFFIDAVIT OF JIM BARKER. | 1.30 |
| 07/10/07 | LMP1 | EFILE POC RE JAMES MERRELL. | .30 |
| 07/19/07 | PCK | LEGAL RESEARCH RE DIVERSITY JURISDICTION AND AMENDMENT OF COMPLAINT; DRAFT MOTIONFOR VOLUNTARY NON-SUIT OF UNKNOWN OWNERS. | 1.30 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

**McKENNA STORER**

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
**PH: (312) 558-3900    FAX: (312) 558-8348**

postmaster@mckenna-law.com                              **FED I.D. No. 36-2447444**

```
OLD KENT BANK                          August 9, 2007    PAGE   2
FILE NUMBER: 66215.55459
INVOICE NO.: 139446


07/19/07 LMP1   MULTIPLE TELEPHONE CONVERSATIONS WITH JUDGE        .20
                MAHONEY'S CLERK RE PROVE-UP.


07/20/07 PCK    EXAMINE TAX LIEN; TELEPHONE CONFERENCE WITH       1.10
                REVENUE OFFICER RE SAME; EXAMINE ENVIRONMENTAL
                DISCLOSURE DOCUMENTS; DRAFT AFFIDAVIT RE
                ATTORNEYS FEES.


07/20/07 LMP1   TELEPHONE CONFERENCE WITH MAGISTRATE MAHONEY'S     .20
                CLERK 3X RE PROVE-UP HEARING DATE.


                TOTAL FOR SERVICES:                               9.80
```

```
        ATTORNEY            STATUS       HOURS      RATE      AMOUNT
        --------            ------       -----      ----      ------
SEC   SARA E. COOK        PARTNER         .70   $  230.00     161.00
SEC   SARA E. COOK        PARTNER        3.70   $  225.00     832.50
PCK   PATRICIA C. KRAFT   ASSOCIATE      4.50   $  190.00     855.00
LMP1  LAUREL M. PALMA     PARALEGAL       .70   $   75.00      52.50
LMP1  LAUREL M. PALMA     PARALEGAL       .20   $   70.00      14.00
                                        -------              --------------
                TOTAL                    9.80               1,915.00
```

```
DISBURSEMENTS:

  DATE                  DESCRIPTION                      AMOUNT
  ----     --------------------------------------      --------
06/06/07 LEGAL RESEARCH - WESTLAW - VENDOR: WEST GROUP   968.61
06/21/07 MESSENGER - VENDOR: FEDERAL EXPRESS US DISTRICT   14.13
         CORT, WESTERN DIV, HON. P.MICHAEL MAHONEY
         ROCKFORD, IL
                                                      ----------
                TOTAL DISBURSEMENTS:              $    982.74
                                                  --------------
                TOTAL THIS STATEMENT:            $   2,897.74
                                                  ==============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

```
FIFTH THIRD BANK                     SEPTEMBER 6, 2007
ATTN: JIM BARKER
P.O. BOX 297                         INVOICE NO.: 139580
FREEPORT, IL  61032                  FILE NO.: 66215.55459


            DUE 21 DAYS FROM DATE OF INVOICE
            --------------------------------


   MATTER:   SYCA SYSTEMS, INC.
   REF:      905173225


  FOR PROFESSIONAL SERVICES RENDERED THRU 08/27/07    $  4,288.50
                                                      -------------
                               TOTAL                  $  4,288.50
```

### ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/20/07 | SEC | EDIT FEE AFFIDAVIT. | .60 |
| 07/23/07 | SEC | EDIT LETTER TO CLIENT. | .20 |
| 07/23/07 | PCK | TELEPHONE CONFERENCE WITH REVENUE AGENT RE TAX LIEN; DRAFT IRS FORM 8821; CORRESPONDENCE TO CLIENT RE SAME; DRAFT JUDGMENT OF FORECLOSURE. | 2.60 |
| 07/24/07 | SEC | FOLLOW UP ON IRS ISSUE; CONSIDER NEED TO FORECLOSE IRS; REVIEW TITLE INSURANCE ISSUES; WORK ON DRAFT JUDGMENT ORDER. | 1.40 |
| 07/24/07 | PCK | CONTINUE PREPARATION OF JUDGMENT ORDER. | .40 |
| 07/25/07 | PCK | CONTINUE PREPARATION OF JUDGMENT DOCUMENTS; LEGAL RESEARCH RE UNKNOWN OWNERS; TELEPHONE CONFERENCE WITH CHICAGO TITLE RE EXTENDED COVERAGE. | 1.80 |
| 07/26/07 | SEC | FOLLOW UP ON IRS LIEN ISSUES; TITLE ISSUES. | 1.60 |
| 07/26/07 | PCK | TELEPHONE CONFERENCE WITH DAVID WEAVER AT GENEVA CHICAGO TITLE RE EXTENDED COVERAGE. | .20 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

## McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
**PH: (312) 558-3900    FAX: (312) 558-8348**

postmaster@mckenna-law.com                                    **FED I.D. No. 36-2447444**

```
OLD KENT BANK                         September 6, 2007  PAGE   2
FILE NUMBER: 66215.55459
INVOICE NO.: 139580


07/30/07 SEC   WORK ON TRACKING IRS LIEN.                        .60

07/31/07 PCK   CORRESPONDENCE TO K. BETTS AND S. THOMASSON RE    .70
               IRS LIEN; TELEPHONE CONFERENCE WITH CLIENT RE
               SAME; TELEPHONE CONFERENCE WITH WALT ADAMS RE
               TITLE AND EXTENDED COVERAGE; EMAIL ADAMS RE
               SAME.

08/01/07 SEC   WORK ON OBTAINING POAS FOR IRS.                   .90

08/02/07 PCK   EXAMINE EMAIL FROM WALT ADAMS RE EXTENDED         .20
               COVERAGE ON TITLE.

08/03/07 LMP1  EFILE NOTICE OF DISMISSAL.                        .20

08/06/07 SEC   TELEPHONE CONFERENCE WITH JIM MERRELL,           2.30
               TELEPHONE CONFERENCE WITH CLIENT, CONSIDER
               ALTERNATIVES RE IRS.

08/07/07 SEC   COURT APPEARANCE RE FORECLOSURE STATUS.          2.40

08/08/07 SEC   TELEPHONE CONFERENCE WITH CLIENT; PREPARE        1.20
               AMENDED COMPLAINT.

08/14/07 SEC   FINALIZE AMENDMENT.                               .60

08/14/07 PCK   AMEND COMPLAINT TO ADD IRS.                       .80

08/14/07 LMP1  EFILE AMENDED COMPLAINT.                          .90

08/17/07 SEC   TELEPHONE CONFERENCE WITH PROSPECTIVE BUYER.      .30

08/17/07 LMP1  EFILE SECOND AMENDED COMPLAINT; MULTIPLE         1.60
               TELEPHONE CONFERENCE WITH CLERK RE EFILE
               ISSUES; SEND TO CLERK FOR FILING DUE TO
               ADDITION OF DEFENDANT; PREPARE SUMMONS.

08/21/07 LMP1  CONFERENCE COOK RE SERVING U.S. ATTORNEY;         .40
               ARRANGE FOR SERVICE OF COMPLAINT.

               TOTAL FOR SERVICES:                             21.90
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER
A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                    FED I.D. No. 36-2447444

```
OLD KENT BANK                        September 6, 2007   PAGE   3
FILE NUMBER: 66215.55459
INVOICE NO.: 139580



         ATTORNEY           STATUS        HOURS      RATE        AMOUNT
    --------------------  ---------------  -------  --------  --------------
SEC  SARA E. COOK         PARTNER          12.10   $  230.00      2,783.00
PCK  PATRICIA C. KRAFT    ASSOCIATE         6.70   $  190.00      1,273.00
LMP1 LAUREL M. PALMA      PARALEGAL         3.10   $   75.00        232.50
                                          -------            --------------
              TOTAL                        21.90                  4,288.50


                                                       --------------
              TOTAL THIS STATEMENT:                  $   4,288.50
                                                       ==============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900    FAX: (312) 558-8348

postmaster@mckenna-law.com                                    FED I.D. No. 36-2447444

```
FIFTH THIRD BANK                        OCTOBER 4, 2007
ATTN:  JIM BARKER
P.O. BOX 297                            INVOICE NO.: 139927
FREEPORT, IL  61032                     FILE NO.: 66215.55459


         DUE 21 DAYS FROM DATE OF INVOICE
         ---------------------------------


   MATTER:   SYCA SYSTEMS, INC.
   REF:      905173225


FOR PROFESSIONAL SERVICES RENDERED THRU 09/21/07   $    214.00
                    DISBURSEMENTS THRU 09/21/07     $     86.42
                                                   --------------
                                    TOTAL           $    300.42
```

## ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/30/07 | SEC | PREPARE EMAIL TO CLIENT. | .60 |
| 08/30/07 | LMP1 | EMAIL OPINION LETTER TO TIM MEREDITH AT FIFTH THIRD. | .10 |
| 09/03/07 | LMP1 | CORRESPONDENCE TO CLIENT WITH INVOICE; EFILE AFFIDAVIT OF SERVICE ON USA. | .30 |
| 09/04/07 | SEC | FILE RETURN. | .20 |
| | | TOTAL FOR SERVICES: | 1.20 |

| ATTORNEY | | STATUS | HOURS | RATE | AMOUNT |
|----------|--|--------|-------|------|--------|
| SEC | SARA E. COOK | PARTNER | .80 | $ 230.00 | 184.00 |
| LMP1 | LAUREL M. PALMA | PARALEGAL | .40 | $ 75.00 | 30.00 |
| | TOTAL | | 1.20 | | 214.00 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# McKENNA STORER

A PARTNERSHIP INCLUDING LIMITED LIABILITY COMPANIES
**ATTORNEYS AT LAW**
**33 NORTH LASALLE STREET, SUITE 1400**
**CHICAGO, ILLINOIS 60602-2610**
PH: (312) 558-3900   FAX: (312) 558-8348

postmaster@mckenna-law.com                                    FED I.D. No. 36-2447444

```
OLD KENT BANK                          October 4, 2007    PAGE   2
FILE NUMBER: 66215.55459
INVOICE NO.: 139927


DISBURSEMENTS:


   DATE              DESCRIPTION                 AMOUNT
-------- -------------------------------------- --------

07/31/07 MESSENGER - VENDOR: FEDERAL EXPRESS MR. SAMUEL    45.72
         M. THOMASSON; STUDIO CITY CA
08/17/07 MESSENGER - VENDOR: FEDERAL EXPRESS HON.P.        19.84
         MICHAEL MAHONEY; U.S. DIST. COURT, WESTERN DIV.
         ROCKFORD, IL
08/22/07 MESSENGER - VENDOR: FEDERAL EXPRESS GREGG         20.86
         INVESTIGATIONS, INC; JANESVILLE, WI
                                             ----------
                    TOTAL DISBURSEMENTS:     $     86.42
                                             -------------
                    TOTAL THIS STATEMENT:    $    300.42
                                             =============
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

DATE: 10/19/07 15:04:56 PRO FORMA STATEMENT AS OF 101907 FOR FILE (66215.55459) 55459          #110783(44186)    Page 1 (1)

```
*-----BILLING INSTRUCTIONS-----*
     GIVE BILLS TO DONNA R.
*-----MATTER DESCRIPTION-----*
SYCA SYSTEMS, INC.

*-----CLIENT INFORMATION-----*     --CLIENT NUMBER--    --ORIGINATING--    --BILLING--    --SUPERVISING--
OLD KENT BANK                           66215              S COOK             S COOK          S COOK
                                                             SEC                SEC             SEC
*-----CLIENT ADDRESS-----*         *-----MATTER ADDRESS-----*
OLD KENT BANK                      FIFTH THIRD BANK
ATTN: LUKE OOSTERHOUSE             ATTN: JIM BARKER
4900 W. 95TH ST.                   P.O. BOX 297
OAK LAWN, IL 60453                 FREEPORT, IL 61032
*-----MATTER INFORMATION-----*
PHONE: (616) 771-4782              PHONE: (815) 233-3641
REFERRED BY:                       CONTACT:

STATUS:        OP                  RATE:       66        TEMPLATE:            N1        MIN FEE:
DATE OPENED:   05/17/2006          DEPT:       40        TIME FORMAT:         21        MIN COST:
DATE CLOSED:                       LOCATION:   05        COST FORMAT:          2        MIN TOTAL:
LAST RATE:     05/18/2006          PRACTICE:  440        INTRST CODE:          0        FEE MARKUP:  %
HOLD FEES:                         FEE FREQ:    M        INT FEE DAY:                   COST MARKUP: %
HOLD COSTS:                        COST FREQ:   M        FIXED COSTS:          N        FIXED FEES:
TRUST RET ACCT:                    TRUST RETAIN:         ARRANGEMENT:       HOUR        CURRENCY:    DO
                                                                                       MAXIMUM BILLINGS:

General Practice

Ref. No.: 905173225

Last Bill Date: 10/04/2007

*-----TIMEKEEPER-----*   *-----TIME AND FEE SUMMARY-----*
                              RATE     HOURS     %        FEES        %
SARA E. COOK                 230.00     1.30    72.2     299.00     75.9
PATRICIA C. KRAFT            190.00      .50    27.8      95.00     24.1
                   TOTALS              1.80            394.00

*-----COST CODE SUMMARY-----*
*-----COST CODE-----*                         AMOUNT
MESS     MESSENGER                             35.47
WEST     LEGAL RESEARCH - WESTLAW             618.57

COST TOTAL                                    654.04

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

*-------TIME ENTRIES-------*

| INDEX | INIT | DATE | STAT | WORKED HOURS | WORKED AMOUNT | BILLED HOURS | BILLED AMOUNT | CUMULATIVE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1285123 | SEC | 100407 | B | .90 | 207.00 | .90 | 207.00 | 207.00 | CHECK ON IRS SERVICE, STATUS FOR PURPOSES OF DEFAULT. |
| 1285134 | SEC | 100807 | B | .40 | 92.00 | .40 | 92.00 | 299.00 | REVIEW IRS RELEASE. |
| 1283608 | PCK | 100807 | B | .20 | 38.00 | .20 | 38.00 | 337.00 | EXAMINE AGREED ORDER DISMISSING U.S. AS A PARTY; EMAIL TITLE COMPANY RE SAME. |
| 1285095 | PCK | 101807 | B | .30 | 57.00 | .30 | 57.00 | 394.00 | CONTINUE PREPARATION OF PROVE-UP AFFIDAVITS; EMAIL CLIENT RE SAME. |

FEE SUBTOTAL                394.00                394.00

*-----COST ENTRIES------*

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 662282 | 073107 | B | 35.47 | MESSENGER - VENDOR: FEDERAL EXPRESS MR. KENNETH BETTS NORTH GARDEN , VA | MESS | SEC | 156704 |

TOTAL FOR COST CODE: MESS    35.47

| 661840 | 081407 | B | 618.57 | LEGAL RESEARCH - WESTLAW - VENDOR: WEST GROUP | WEST | SEC | 156603 |

TOTAL FOR COST CODE: WEST    618.57

COST TOTAL                   654.04

BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . .        300.42
LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . . . .                  0.00

BALANCE FORWARD . . . . . . . . . . . . . . . . . . . . .                300.42

TIMECARD SUB-TOTAL ( 1.80) . . . . . . . . . .       394.00
DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . .     654.04
SUBTOTAL CURRENT PERIOD . . . . . . . . . . . .     1048.04
TOTAL DUE . . . . . . . . . . . . . . . . . . .     1348.46

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . . .       0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . . .       0.00

*------------LEDGER SUMMARY-----------*

| Ledger Code | Ledger Description | Debit | Credit | Credit Applied To |
|---|---|---|---|---|
| PAY | PAYMENT | | 25293.79 | 23528.50 FEES |

DATE: 10/19/07 15:04:56 PRO FORMA STATEMENT AS OF 101907 FOR FILE (66215.554459) 55459          #110783(44186)   Page 3 (3)

```
                                              1763.69   HCOST
                                                 1.60   SCOST

              FEES                    23742.50
              HARD COST                1850.11
              SOFT COST                    1.60
                                      --------
      TOTAL                           25594.21

HISTORY TO DATE WRITEUPS:    FEES: -    7.30 HOURS, -   1460.00   COSTS: -   3586.69

AGED ACCOUNTS RECEIVABLE:    300.42  (-30)   25293.79   0.00  (31-60)   0.00  (61-90)   0.00  (91-120)   0.00  (+)
```

LEDGER SUMMARY:    ALL OPEN INVOICES AND INVOICES SINCE 12/01/2006

| INVOICE | DATE | FEES | COSTS | OTHER | PAYMENT | DATE | FEES | COSTS | OTHER | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 137674 | 02/06/07 | 2622.00 | 116.77 | .00 | PAY | 02/26/07 | 2622.00 | 116.77 | .00 | .00 |
| 137858 | 03/01/07 | 2222.50 | .00 | .00 | PAY | 03/30/07 | 2222.50 | .00 | .00 | .00 |
| 138040 | 04/02/07 | 1771.50 | 350.00 | .00 | PAY | 04/30/07 | 1421.50 | 350.00 | .00 | .00 |
| 138769 | 05/04/07 | 2332.00 | 299.83 | .00 | PAY | 06/11/07 | 350.00 | .00 | .00 | .00 |
| 138843 | 06/01/07 | 1592.00 | 15.95 | .00 | PAY | 06/11/07 | 2332.00 | 299.83 | .00 | .00 |
| 139049 | 07/06/07 | 2194.00 | .00 | .00 | PAY | 06/28/07 | 1592.00 | 15.95 | .00 | .00 |
| 139446 | 08/09/07 | 1915.00 | 982.74 | .00 | PAY | 07/30/07 | 2194.00 | .00 | .00 | .00 |
| 139580 | 09/06/07 | 4288.50 | .00 | .00 | PAY | 09/04/07 | 1915.00 | 982.74 | .00 | .00 |
| 139927 | 10/04/07 | 214.00 | 86.42 | .00 | PAY | 09/28/07 | 4288.50 | .00 | .00 | 300.42 |